# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:19-CR-00165-DGK-1 |
| RICHARD L. ALLEN, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On March 13, 2020, the Honorable Lajuana M. Counts, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation (Doc. 29), recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1), as charged in Count One of the Information.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). In light of the evidence in the record and the lack of objection from either party, the Court adopts the Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the charged crime in Count One of the Information. Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

Date: March 30, 2020　　　　　　　　　　/s/ Greg Kays
　　　　　　　　　　　　　　　　　　　　GREG KAYS, JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT